UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF WEST VIRGINIA
BECKLEY GRAND JURY 2018
APRIL 9, 2019 SESSION

FILED
APR - 9 2019
RORY L. PERRY II, CLERK
U.S. District Court
Southern District of West Virginia

UNITED STATES OF AMERICA

v.                              CRIMINAL NO. 2:19-cr-00106
                                8 U.S.C. § 1326(a)

ERIC ARMANDO VEGA-COVARRUBIAS,
    also known as "Victor Manuel Rivera-Olmo"

# I N D I C T M E N T
(Reentry of a Removed Alien)

The Grand Jury Charges:

1. On or about February 18, 2012, defendant ERIC ARMANDO VEGA-COVARRUBIAS, also known as "Victor Manuel Rivera-Olmo" (hereinafter "ERIC ARMANDO VEGA-COVARRUBIAS"), an alien, was found at or near Atlanta, Georgia, and was subsequently removed from the United States to Mexico on or about February 18, 2012.

2. On or about March 25, 2016, defendant ERIC ARMANDO VEGA-COVARRUBIAS, an alien, was found at or near Williston, North Dakota, and was subsequently removed from the United States to Mexico on or about April 5, 2016.

3. On or about March 21, 2019, at or near Dunbar, Kanawha County, West Virginia, and within the Southern District of West Virginia and elsewhere, defendant ERIC ARMANDO VEGA-COVARRUBIAS, an alien, was subsequently found in the United States after having

been removed from the United States, and had not obtained the express consent of the Secretary of Homeland Security to reapply for admission to the United States.

In violation of Title 8, United States Code, Section 1326(a).

MICHAEL B. STUART
United States Attorney

By: *Erik S Goes*
ERIK S. GOES
Assistant United States Attorney